IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOANNE RODRIGUEZ, fka JOANNE WEATHERS,** | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 3:18-CV-2243-G-BK |
| vs. | § § | |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC3 and SELECT PORTFOLIO SERVICING, INC.,** | § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, on April 1, 2019, JoAnne Weathers ("Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtor's chapter 13 case is pending under Case No. 19-31169.

Debtor is the obligor under the note and deed of trust (collectively the "Loan") at issue in this lawsuit. The Loan is also the subject of the bankruptcy case. No order has been entered in the bankruptcy case granting relief from the automatic stay.

Respectfully submitted,

/s/ *Brenda A. Hard-Wilson*
**Thomas G. Yoxall**
State Bar No. 00785304
tyoxall@lockelord.com
**Arthur E. Anthony**
State Bar No. 24001661
aanthony@lockelord.com
**Brenda A. Hard-Wilson**
State Bar No. 24059893
brenda.hard-wilson@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record *via the Court's CM/ECF system and/or certified mail, return receipt requested* pursuant to the Federal Rules of Civil Procedure on this 1st day of April 2019.

 */s/ Brenda A. Hard-Wilson*
Counsel for Defendants